IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAMIDREZAZ KHAZAELI,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF CONCORD, KERRY CERLETTI, DAVID LIVINGSTON, DAVID HUGHES, PATRICK MURRAY, SHAHRIAR SHARIF KHOU, aka SHAWN SHARIF, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　/ | No. C 10-03920 WHA<br><br>**ORDER REGARDING STIPULATED PROPOSED PROTECTIVE ORDER** |

　　　The parties have filed a stipulated proposed protective order. *First*, the proposed order includes reference to an Exhibit A that does not exist. One must be appended. *Second*, the Court will not retain jurisdiction to enforce the protective order after termination of this case. The parties shall please file a revised stipulated proposed protective order including these changes.

　　　**IT IS SO ORDERED.**

Dated: December 15, 2010.

　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE