IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAMIDREZAZ KHAZAELI, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF CONCORD, KERRY CERLETTI, DAVID LIVINGSTON, DAVID HUGHES, PATRICK MURRAY, SHAHRIAR SHARIF KHOU, aka SHAWN SHARIF, and DOES 1 through 10, inclusive, <br><br> Defendants. | No. C 10-03920 WHA <br><br> **CORRECTIVE NOTICE RE CASE MANAGEMENT ORDER** |

The case management order in this action included a goofed-up "subject-to" clause at the outset of the paragraph dealing with experts. Please ignore the "subject-to" clause. The paragraph should simply begin, "The last date for designation . . . . "

Dated: January 5, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE