IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HAMIDREZAZ KHAZAELI,

    Plaintiff,

  v.

CITY OF CONCORD, KERRY CERLETTI, DAVID LIVINGSTON, DAVID HUGHES, PATRICK MURRAY, SHAHRIAR SHARIF KHOU, aka SHAWN SHARIF, and DOES 1 through 10, inclusive,

    Defendants.

No. C 10-03920 WHA

**ORDER REGARDING PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW AS COUNSEL**

Plaintiff's counsel has moved to withdraw as counsel. This motion will be heard on **JANUARY 27, 2011, AT 8:00 A.M.** This shortened schedule is set on the condition that Mr. Johnson immediately telephone his client and notify him of the hearing date and time, as well as serve him with written notice of the hearing by 5:00 p.m., tomorrow January 19, 2011. Moving counsel shall also serve his client with all moving papers, including those lodged under seal, by that time.

Mr. Khazaeli must be present at the hearing. Defendants or their counsel must be present at the hearing. All parties may, but are not required to, submit briefs in response to plaintiff's counsel's motion to withdraw, prior to the hearing. Moving counsel's request to file his memorandum of points and authorities and declaration under seal is **GRANTED**. Moving counsel

shall file these documents under seal on the electronic case filing system by 5:00 p.m., tomorrow January 19, 2011.

**IT IS SO ORDERED.**

Dated: January 18, 2011.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE