United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HAMIDREZAZ KHAZAELI,

    Plaintiff,

  v.

CITY OF CONCORD, KERRY CERLETTI, DAVID LIVINGSTON, DAVID HUGHES, PATRICK MURRAY, SHAHRIAR SHARIF KHOU, aka SHAWN SHARIF, and DOES 1 through 10, inclusive,

    Defendants.

No. C 10-03920 WHA

**ORDER DENYING PLAINTIFF'S COUNSEL'S APPLICATION TO CONTINUE HEARING ON MOTION TO WITHDRAW AS COUNSEL**

    Good cause not shown, plaintiff's counsel's application to continue the hearing on his motion to withdraw as counsel is **DENIED**. The motion will still be heard on **JANUARY 27, 2011, AT 2:00 P.M.** Attorney Johnson must notify his client immediately that the hearing is going forward as scheduled on Thursday. (The submission, read carefully, indicates that the requested new date is one on which defense counsel cannot appear.)

    The application also requests an interpreter for plaintiff. It is plaintiff's counsel's responsibility to get an interpreter, not the Court's, if one is needed. *See* 28 U.S.C. 1827(d)(1).

**IT IS SO ORDERED.**

Dated: January 26, 2011.

                                      WILLIAM ALSUP
                                      UNITED STATES DISTRICT JUDGE