1
2
3
4
5
6           IN THE UNITED STATES DISTRICT COURT

7           FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9
10    HAMIDREZAZ KHAZAELI,
11              Plaintiff,                          No. C 10-03920 WHA
12       v.
13    CITY OF CONCORD, KERRY CERLETTI,        **ORDER GRANTING PLAINTIFF'S**
      DAVID LIVINGSTON, DAVID HUGHES,         **COUNSEL'S MOTION TO**
14    PATRICK MURRAY, SHAHRIAR SHARIF         **WITHDRAW AS COUNSEL**
      KHOU, aka SHAWN SHARIF, and DOES 1
15    through 10, inclusive,
16              Defendants.
17    _____/

18           Plaintiff's counsel's motion to withdraw as counsel is **GRANTED**, on conditions set forth

19    in a supplemental order under seal.  The withdrawal shall be effective on **FEBRUARY 10, 2011**.

20           At the hearing on this motion, counsel stated that the depositions of defendant Kerry

21    Cerletti and plaintiff Hamidrezaz Khazaeli had not occurred due to the filing of the motion to

22    withdraw.  Accordingly, the deposition of plaintiff will now occur on March 10, 2011, with or

23    without new plaintiff's counsel.  On March 11, 2011, plaintiff will take the deposition of

24    defendant Cerletti, with or without new plaintiff's counsel.  Plaintiff must appear at both

25    depositions.  Failure to appear may lead to dismissal of this lawsuit.
26
27           **IT IS SO ORDERED.**

28    Dated:  January 27, 2011.

                                         _____
                                         WILLIAM ALSUP
                                         UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California