1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAMIDREZAZ KHAZAELI, | CASE NO. C10-03920 (WHA) |
| Plaintiff, | [PROPOSED] ORDER GRANTING RELIEF TO FILE DOCUMENTS UNDER SEAL |
| v. | |
| CITY OF CONCORD, KERRY CERLETTI, DAVID LIVINGSTON, DAVID HUGHES, PATRICK MURRAY, SHAHRIAR SHARIFI KHOU, a.k.a. SHAWN SHARIFI and DOES 1 through 10, inclusive, | |

The application of PETER JOHNSON, counsel for Plaintiff HAMIDREZAZ

KHAZAELI, to file the documents Attorney Response to Plaintiff's Motion for

Reconsideration and Attorney's Declaration re: Plaintiff's Motion for Reconsideration is

hereby GRANTED.

IT IS SO ORDERED.

DATED:  February 17, 2011.

Judge William Alsup

- 1 -

ORDER SEALING DOCUMENTS