United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HAMIDREZAZ KHAZAELI,

    Plaintiff,

  v.

CITY OF CONCORD, KERRY CERLETTI, DAVID LIVINGSTON, DAVID HUGHES, PATRICK MURRAY, SHAHRIAR SHARIF KHOU, aka SHAWN SHARIF, and DOES 1 through 10, inclusive,

    Defendants.

                                                        /

No. C 10-03920 WHA

**ORDER SETTING TIME OF WITHDRAWAL EFFECTIVENESS**

      The judge has read the declarations of plaintiff, Attorney Mark Coon, and Attorney Peter Johnson, and is satisfied that Attorney Coon engaged in no improper conduct vis-à-vis plaintiff. Plaintiff's motion for leave to file a motion for reconsideration does not show a material difference in fact or law from that which was present before, or a manifest failure by the Court to consider material facts or dispositive legal arguments. As such, pursuant to Civil Local Rule 7-9, plaintiff's motion is **DENIED**.

      Even though no interpreter was present at the hearing on Attorney Johnson's motion to withdraw as counsel, the Court is not required to provide an interpreter at civil proceedings, and the judge is further satisfied that plaintiff's English was good enough to comprehend and participate in the proceedings.

      The judge continues to be persuaded that Attorney Johnson should be relieved from his representation of plaintiff in this matter. Attorney Johnson shall be relieved as counsel effective

on **FRIDAY, FEBRUARY 25, 2011, AT NOON**, on the same terms and conditions as previously stated. (Attorney Johnson has already accepted those terms and conditions.) The withdrawal will be self-executing without further order at the specified time. At that time, all other counsel will be free to contact plaintiff directly as a *pro se* party regarding depositions and other litigation-related matters.

Attorney Johnson shall send plaintiff a copy of this order. Plaintiff is directed to file a notice of appearance so that the Court will have his contact information.

**IT IS SO ORDERED.**

Dated: February 17, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2