United States District Court
For the Northern District of California

1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

7
FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9

10  HAMIDREZAZ KHAZAELI,

11          Plaintiff,                          No. C 10-03920 WHA

12      v.

13  CITY OF CONCORD, KERRY CERLETTI,            **ORDER DENYING REQUEST**
    DAVID LIVINGSTON, DAVID HUGHES,            **FOR GENERAL DUTY JUDGE**
14  PATRICK MURRAY, SHAHRIAR SHARIF
    KHOU, aka SHAWN SHARIF, and DOES 1
15  through 10, inclusive,

16          Defendants.
                                          /
17

18          Plaintiff has filed a request that his application for order shortening time, motion for relief

19  to file documents under seal, and motion for leave, reconsideration, and removal be referred to the

20  general duty judge. As to the application for order shortening time, this request is **DENIED AS**

21  **UNNECESSARY**. Under Civil Local Rule 7-9, it is unnecessary to shorten time because plaintiff

22  must first be granted leave to file a motion for reconsideration, and no response need be filed and

23  no hearing will be held concerning a motion for leave to file a motion to reconsider. As to the

24  motion for relief to file documents under seal and motion for leave, reconsideration, and removal,

25  the request that they be heard by the general duty judge is **DENIED**, as they must be determined in

26  the first instance by Judge Alsup.

27          **IT IS SO ORDERED.**

28  Dated: February 23, 2011.

                                        SUSAN ILLSTON
                                        UNITED STATES DISTRICT JUDGE