IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HAMIDREZAZ KHAZAELI,

    Plaintiff,

v.

CITY OF CONCORD, KERRY CERLETTI, DAVID LIVINGSTON, DAVID HUGHES, PATRICK MURRAY, SHAHRIAR SHARIFI KHOU, a/k/a SHAWN SHARIFI,

    Defendants.

No. C 10-03920 WHA

**ORDER TO SHOW CAUSE**

Defendant Shawn Sharifi filed a motion to dismiss plaintiff's complaint and noticed the hearing for April 14, 2011 (Dkt. No. 83). Pursuant to Civil Local Rule 7-3, any brief in opposition to defendant's motion was due on March 24, 2011, but no such opposition has been received. <u>Plaintiff Hamidrezaz Khazaeli is ordered to respond by **APRIL 15, 2011**, and show cause for his failure to respond to the motion</u> in accordance with Civil Local Rule 7-3. This order to show cause does not constitute permission to file a late opposition to the motion. The hearing on April 14, 2011, is **VACATED**. A new hearing shall be noticed by the Court if necessary. If plaintiff does not respond by April 15, 2011, this case will be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: March 28, 2011.

    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE