**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HAMIDREZAZ KHAZAELI,

    Plaintiff,

v.

CITY OF CONCORD, KERRY CERLETTI, DAVID LIVINGSTON, DAVID HUGHES, PATRICK MURRAY, SHAHRIAR SHARIFI KHOU, a/k/a SHAWN SHARIFI,

    Defendants.
                                       /

No. C 10-03920 WHA

**ORDER TO SHOW CAUSE**

Plaintiff Hamidrezaz Khazaeli has previously been ordered to show cause for his failure to respond to a motion to dismiss by defendant Shawn Sharifi. Plaintiff Hamidrezaz Khazaeli has now failed to respond to another motion to dismiss by defendants City of Concord, David Livingston, Kerry Cerletti, David Hughes, and Patrick Murray (Dkt. No. 91). That motion was noticed for a hearing on April 28, 2011. Pursuant to Civil Local Rule 7-3, any brief in opposition to defendants' motion was due on April 7, 2011, but no such opposition has been received. In his response to the previous order to show cause — due April 15 — plaintiff Hamidrezaz Khazaeli must also show cause for his failure to respond to the second motion to dismiss. The hearing on

April 28, 2011, is **VACATED**. Once again, if plaintiff does not respond by April 15, 2011, this case will be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: April 8, 2011.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2